ORIGINAL


RECEIVED
JUL 24 2012
PRO SE OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

―――――――――――――――――――X

Goverment Plaintiff,

-against-

Olga Melendez Defendant(s).

―――――――――――――――――――X

NOTICE OF MOTION

MISC12 - 480

GLASSER, J.

PLEASE TAKE NOTICE that upon the annexed affidavit or affirmation of **Olga melendez**, sworn to or affirmed **July 23**, 20**12** and upon the complaint herein, plaintiff will move this Court, **Leo Glasser**, U.S.D.J., in room ___, United States Courthouse, Brooklyn, New York 11201, on the ___ day of _____, 20___, at _____ or as soon thereafter as counsel can be heard, for an order pursuant to Rule _____ of the Federal Rules of Civil Procedure granting **Motion to expunge**

Dated: **7-24-12**

Plaintiff Pro Se

Signature: Olga melendez
Print Name: OLGA melendez
Address: 106 Marshall Ave. #4
Little Ferry NJ 07643
Phone #

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
———————————————————— X
                                          :
                                          :
Government       Plaintiff,               :    AFFIDAVIT/AFFIRMATION
                                          :
    -against-                             :    MISC12- 480
                                          :
Olga Melendez  Defendant(s).              :
                                          :    GLASSER, J.
———————————————————— X

STATE OF NEW YORK   )
COUNTY OF           ) ss.:

I, Olga Melendez [being duly sworn] deposes and says [or: make the following affirmation under the penalties of perjury]:

I, Olga Melendez, am the plaintiff in the above entitled action, and respectfully move this Court to issue an order grantin motion to expunge.
The reason why I am entitled to the relief I seek is the following: Please see the Attch letter

---

WHEREFORE, I respectfully request that the court grant the within motion, as well as such other and further relief that may be just and proper.

Sworn to before me this
day of _____, 20___

_____
Notary Public

Olga Melendez
Signature
OLGA Melendez
Print Your name
Plaintiff Pro Se

My name is Olga Melendez. I currently resided in New Jersey. I am writing this letter to asked if you can expunger my record. I currently work at Sound Shore Medical Center as a CNA certify nursing assistant for 9 yrs. Although I made a mistake in the past; what I did then didn't reflect who I'm today as a person. Expungement of my record will give me a new start. Due to the fact that having a felony can have a negative impact on my career. Working in the health care field ones must ~~tom~~ uphold its highest standard. Having a felony in my record will sabatage my future plans to further my education. What I did then can't be change, but I can change who I am now as a person moving forward. Please take into consideration my plead. After analyzing the situation closely the evidences alone speak for itself. I haven't committed any crime since then. Everyone desire a second chance in life to start over. I greatly appreciate you taking into consideration my case. Thank you for taking the time to review my letter.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------- X

Government Plaintiff,

-against-

Olga Melendez Defendants.

-------------------------------- X

Affirmation of Service

MISC 12 - 480

GLASSER, J.

I, **Olga Melendez**, declare under penalty of perjury that I have served a copy of the attached Notice of Motion and Affirmation/Affidavit in support upon **United States Attorney's Office** whose address is: **271 Cadman Plaza East Brooklyn, NY 11201**.

Dated: **7-24-12**
, New York

**Olga Melendez**
Signature

**106 Marshall Ave. #4**
Address

**Little Ferry NJ 07643**
City, State & Zip Code

**718-300-9477**
Telephone

